IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SARAH CAMPAU**  **PLAINTIFF**

**VS.**  **CASE NO. 5:22-cv-05051-PKH**

**MICHAEL A. SWEETSER TRUST NO. II,**
**THE SWEETSER FAMILY, LP, and**
**BERT MORRIS**  **DEFENDANTS**

## STIPULATION OF DIMISSAL WITH PREJUDICE

Comes now the plaintiff, Sarah Campau, by and through her attorneys, Jason Auer of Legal Aid of Arkansas, Inc., and presents to the Court this Stipulation of Dismissal with Prejudice that has been signed by all parties through their chosen counsel of record, pursuant to *Fed. R. Civ. P. 41(a)(1)(A)(ii) and 41(a)(1)(B)*:

1. Pursuant to her right to dismiss an action without a court order, the plaintiff hereby stipulates to the voluntary dismissal with prejudice of her lawsuit and all claims against the defendants, Michael A. Sweetser Trust No. II, The Sweetser Family, LP, and Bert Morris. *Fed. R. Civ. P. 41(a)(1)(A)*.

2. The plaintiff notes that this stipulation has been signed by all parties who have appeared, through their chosen counsel of record. *Fed. R. Civ. P. 41(a)(1)(A)(ii)*.

3. The plaintiff expressly notes that the stipulation of dismissal of her lawsuit and claims against the defendants is intended to be and shall be with prejudice. *Fed. R. Civ. P. 41(a)(1)(B)*.

*Stipulation Approved:*
/s/ Justin Bennett
Justin Bennett, Attorney for Defendants

                                          Respectfully Submitted,

                                          SARAH CAMPAU, Plaintiff

BY:   */s/Jason Auer, AR 2011304*
        Legal Aid of Arkansas, Inc.
        2725 Cantrell Rd., Ste. 104
        Little Rock, AR 72202
        P: (870) 972-9224
        F: (870) 910-5562
        jauer@arlegal.org